**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| **BENARD DURU,** | § |
| | § |
| *Plaintiff* | § |
| | § |
| | § |
| **v.** | § **CIVIL ACTION NO.** |
| | § **4:21-cv-2783** |
| **CORECIVIC OF TENNESSEE LLC,** | § |
| | § |
| *Defendant.* | § |

## SCHEDULING ORDER

1.    January 19, 2022        **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a.    February 25, 2022        **EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b.    March 25, 2022        Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3.    September 23, 2022        **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post—deadline discovery.

4.    October 28, 2022        **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

5a.    January 13, 2023.        **JOINT PRETRIAL ORDER**
THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b.    Januuary 27, 2023        THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6.    February 3, 2023        **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.

7.    February 6, 2023        **TRIAL** is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on ___11/19/21___, at Houston, Texas.

Alfred H. Bennett
United States District Judge

2