United States District Court
Southern District of Texas
**ENTERED**
March 24, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| Benard Duru | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | |
| | § | |
| CoreCivic of Tennessee, LLC | § | **CIVIL ACTION NO. 4:21-CV-02783** |
| *Defendant.* | § | |
| | § | **JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Plaintiff Herbert Horace Motion to Dismiss with Prejudice.   On

_____, the Court considered the Plaintiff's Motion to Dismiss Civil Action

Number 4:21-CV-02783. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the motion is **GRANTED** and orders the following:

Civil Action Number 4:21-CV-02783 is **DISMISSED**, **With Prejudice**.

It is so ORDERED.

Signed on this 24th day of March, 2023.

_____
Alfred H. Bennett
United States District Judge